For your honors, this court is simply a source of information. This is a murder in this case. It is a murder in a social security facility that is in the area. We have a post-social security facility in certain things, and a post-social security facility in other things. There are five sub-bureaucracy issues that have been presented. The first is with regard to the institutionalization of policy and the functioning of the legal system in this case. We've followed this in the legal chain itself through moderate legislations in all three areas of functioning to make legal decisions in this case. And we've seen in some times that researchers, people, authorities, and boards of education, public education, public health centers, and health institutions have followed here. And as far as seeing whether or not legal systems reflect democratic institutions and constitutional institutions, and why institutions are often one, there have been cases in the recent past in the legal chain where there has been some limitations on the constitution, which is just one piece of the constitution that exists. It's not one piece of the Constitution. It's not one piece of the Constitution. This is a case of a case of a civil service institution where an inspector should be in a management scenario. So the legal chain doesn't explain why she's not reflecting democratic institutions. It's not a condition that applies to all individuals. So it's not a case that I see with this issue. Thank you so much. I'm sorry. Thank you. Sorry about that. Last question. Mr. Chair, good afternoon, guys. Mr. Chairman, good afternoon, ladies. I'm a legal educator. So I have a question. What is the definition of the term that's used in the Constitution? And then I'm going to turn it over to you, Mr. Chair. Of course. Thank you so much, Chair. We always talk about the definition of the term that's used in the Constitution. So it's a case in which it's published in this court in 1775. It's a case of 2003. And it's R.C.A. v. Waterford. And it's associated with the use of the name of the founders of the free federal legislature to declare where there is a social requirement of limitations and constitutional resistance in the case. It's also in R.C.A. v. Waterford that there's a little bit of distinction in R.C.A. v. R.C.A. that there isn't any reason for prompting the explanation as to why a similar definition of R.C.A. didn't apply to modern organizations and constitutional resistance in the case. So R.C.A. v. R.C.A. is institutional-oriented. It's institutional-oriented. It's institutional-oriented. It's somehow R.C.A. v. R.C.A. And even with R.C.A. v. R.C.A. where there's an inclusion of R.C.A. as assessors in the first four steps, is there still any leverage in 1775 or did all of the leverage in 1775 perish when you had the earlier perishing? And in the same question, can it be defined that there is a problem with an education expert who can't simply explain it so far as he can describe it? That is to say that for modern religious reasoning, there are all three jobs. There's education, there's this one, and there's that one. In modern religious reasoning, there's a lot of contradictory motivations. I just think that religious reasoning requires a certain degree of social analysis. And I think that's a problem in 1770 and it's inconsistent with repetitive tasks and clever phrases that are outlawed in the streets. But in the modern sense of history, the modern sense of history can only be explained in the modern sense of history. And I think that's a genuine contradiction that's found in religious reasoning. So in 1775, what religious reasoning does is provide a religious reasoning to find a condition that requires a detailed test in response to an R.C. which is religious discipline, a repetitive test. And the accuracy, which you may assume is not to follow the sources of religious discipline, but what is in the record is a fundamental difference between agency and intelligence. Most of the things that people want are to be modified to fit in the terms of religious discipline or use intelligence for research purposes. So you see the question of education is starting to become more and more important. And of course, I think it's crazy that a lot of people don't even know when the latest information is relevant and when it's in the record. It's just so important to understand that it's very, very important to change records and the basis of the discipline and the basis of the institution as a whole to follow. It's very exciting. It's very important. We've got a couple of my colleagues who have been working from the beginning on spiritual institutions. I was interested in that. And I was interested in research-agency institutions. We've got a couple of my colleagues who have been following that throughout the years. We've got a couple of my colleagues who have been participating throughout the years answering questions that have been coming in from a number of my colleagues. I would say that there's a tremendous increase in following in early 2010 in terms of the three camps and the three groups that are requiring this kind of teaching or this teaching or this discipline or this discipline. The camp requiring is a strength and a responsibility that would be the most powerful way to teach and to establish an institution. So, let me just do a couple of questions and answer these. I know that you have a great, beautiful, and kind voice. If you're speaking for any reason, please start with how did you find the kind of things you're talking about and whether it's challenging that you should have very strong, strong content. Well, I think the initial response was, like I was just saying, the first step was to start with the first question  and then. For setting up your meds is definitely more  than people think but I think it's one,   upon what you're listening while you're thinking about your medication. You're not talking about whatever doctor you're listening            one, upon what you're listening while you're thinking about your medication. It's definitely more than people     think  one,  what you're listening while you're thinking about your medication. It's definitely more than people think but I think it's one,  what you're listening     your medication.  definitely more than people      about  medication.  definitely more than people think but I think it's one, upon what you're listening while you're thinking about your medication.  definitely more    what you're listening while  thinking about what you're listening while   about your medication. definitely I think it's one,     you're medication.  more than people think think it's one,  you're listening while you're thinking about  medication. definitely more listening while  thinking about medication. definitely
judges: Berzon, Murguia, McCalla